UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

FRANCISCO SILVERIO HUERTO-MORALES, on behalf of himself, FLSA Collective Plaintiffs and the Class,

                Plaintiff,

- against -

RAGUBOY CORP. d/b/a SUPPER, KITCHEN TABLE, INC. d/b/a FRANK, JUST AN OVEN CORP. d/b/a LIL FRANKIE'S, and FRANK PRISINZANO,

                Defendants

----------------------------------------------------------X

17-cv-02429 (JCF)

**DECLARATION BY HILARIO ZAMORA**

1. My name is Hilario Zamora, but I am known as Ernesto.

2. I have worked at Supper for about 2 years as a busboy, bar back and food runner. I have never worked at Supper as a bartender or cook.

3. Prior to working at Supper, I worked at Lil' Frankie's for about a year. When I worked at Lil' Frankie's, I only worked there and had no interactions with any employees at Supper or Frank Restaurant. I have never worked at Frank Restaurant. Since I took a job at Supper, I have had nothing to do with Lil' Frankie's or Frank Restaurant. I know nothing about how people are paid at Lil' Frankie's (since I left) or Frank Restaurant. I aslo know nothing of how the kitchen staff are paid at Supper.

4. Oli Balasa is the manager of Supper.

5. I have never had to cut vegetables or do any food prep work at Supper, but I do cut bread and lemons and limes for drinks.

6. I am paid $7.50 per hour by Supper, plus tips. I clock in and out for each shift. I have never been told by anyone at Supper not to clock in or out. I have been paid my hourly wage for all hours that I have worked at Supper. I have never worked off the clock.

7. I have reviewed paragraph 6 of the declaration of Francesco Silverio Huerto-Morales. I shared an apartment with Francesco for about a month about 10 years ago. I never spoke with him about illegal pay practices at Supper. I have never spoken with him about any pay practices Supper. I also never told him that I was not getting paid for all hours I worked.

8. David Garcia is the head waiter at Supper. He answers questions from some of the other employees, but he always waits the back section of tables. I have never seen him working when he was not working as a waiter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July __, 2017

New York New York

_____
Hilario Zamora

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DECLARACION DE HILARIO ZAMORA

Mi nombre es Hilario Zamora, pero me dicen Ernesto.

He trabajado en SUPPER durante 2 años como busboy, bar back, y corredor de comida. Nunca he trabajado de bartender o cocinero en SUPPER.

Antes de trabajar en SUPPER, trabaje en LIL FRANKIES por casi un año. Cuando trabaje en LIL FRANKIES, solo trabaje allí y no tenía interacciones con ningún empleado de SUPPER or FRANK Restaurant. Nunca he trabajado en FRANK Restaurante. Desde que tome un trabajo en SUPPER, no he tenido nada que ver con LIL FRANKIES o FRANK Restaurante. No sé nada acerca de cómo la gente se le paga en LIL FRANKIES (desde que me fui) o FRANK Restaurante. No tengo conocimiento de cómo el personal de cocina en SUPPER se les pagan. Oli Balasa es el gerente de SUPPER.

Nunca he tenido que cortar verduras o hacer preparación para la cocina. Si cortaba limones para las bebidas y cortar pan para las mesas.

Me pagan $7.50 por hora, además de propinas, para trabajar en SUPPER. Cuando comienzo y termino por cada turno marco mi entrada y salida de trabajo. He sido pagado por SUPPER por todas las horas que he trabajado. Nunca alguien en SUPPER me dijo que no ponche mi entrada y salida de trabajo y nunca he oído a nadie en SUPPER decirle alguien que no ponche entrada o salida.

He revisado el párrafo 6 de la declaración de Francisco Silverio Huerto-Morales. Compartí un apartamento con Francisco por aproximadamente un mes hace 10 años. Nunca hablé con el sobre prácticas ilegales de pago en SUPPER. Nunca hemos hablado sobre prácticas de pago en SUPPER. Yo también nunca le dije que yo no estaba siendo pagado por todas las horas trabajadas.

David es jefe de camareros en SUPPER. Él contesta preguntas de algunos se los otros empleados, y siempre trabaja con las mesas de clientes en la sección de atrás. Nunca lo he visto trabajando en otra cosa que trabajando como camarero.

---- Declaro bajo pena de perjurio que lo anterior es verdadero y correcto,,,

July _19_, 2017

NEW YORK, NY

Hilario Zamora