UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

FRANCISCO SILVERIO HUERTERO-MORALES, on behalf of himself, FLSA Collective Plaintiffs and the Class,

                Plaintiff,

- against -

RAGUBOY CORP. d/b/a SUPPER, KITCHEN TABLE, INC. d/b/a FRANK, JUST AN OVEN CORP. d/b/a LIL FRANKIE'S, and FRANK PRISINZANO,

                Defendants.

------------------------------------------------------------X

17-cv-02429 (JCF)

**DECLARATION BY SOPHIA LAURICELLA**

July 27, 2017

My name is Sophia Lauricella. I am over 18 years old. I am a regular customer of Supper restaurant. I eat at the restaurant approximately 4 times per month, and have been going to the restaurant since 2013. Davide is one of the restaurant's waiters and has taken my order and waited on my table many times. To the best of my recollection, every time I have been to the restaurant and Davide was working, he was either my waiter or was waiting on other tables and serving customers.

I declare under penalty of perjury that the foregoing is true and correct.


Signed,

*[signature]*

Sophia Lauricella