UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

FRANCISCO SILVERIO HUERTERO-MORALES, on behalf of himself, FLSA Collective Plaintiffs and the Class,

                Plaintiff,

- against -

RAGUBOY CORP. d/b/a SUPPER, KITCHEN TABLE, INC. d/b/a FRANK, JUST AN OVEN CORP. d/b/a LIL FRANKIE'S, and FRANK PRISINZANO,

                Defendants.

---------------------------------------------------------------X

17-cv-02429 (JCF)

**DECLARATION BY ALLISON SUPRON**

My name is Allison Supron. I am over 18 years old. I am a regular customer of Supper restaurant. I eat at Supper approximately 1 times a month. I have been going to Supper for 2 years. David is one of Supper's waiters and has taken my order & waited on my table almost every time I have come to Supper. Everytime I saw him at the restaurant he was waiting on my table or others. He is always working very hard & making sure our food is delivered promptly.

I declare under penalty of perjury that the foregoing is true & correct.

*Allison Supron*
Allison Supron