UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

FRANCISCO SILVERIO HUERTERO-MORALES, on behalf of himself, FLSA Collective Plaintiffs and the Class,

                Plaintiff,

- against -

RAGUBOY CORP. d/b/a SUPPER, KITCHEN TABLE, INC. d/b/a FRANK, JUST AN OVEN CORP. d/b/a LIL FRANKIE'S, and FRANK PRISINZANO,

                Defendants.

------------------------------------------------------------X

17-cv-02429 (JCF)

**DECLARATION BY CAMILO CEBALLOS**

July 27, 2017

To whom it may concern,

My name is Camilo Ceballos and I am over 18 years old and am a long time downtown resident. I have been patronizing Supper restaurant since its opening. I eat at the restaurant monthly and during some periods more. David is one of the restaurant's waiters and has taken my order and waited on my table many times, in fact I prefer seating with him because of his familiarity with the wine list. I see David every time I dine at Supper. I've found him to be personable and professional. He is excellent server.

Please feel free to contact me with any other questions.

Best Regards,

*[signature]*

Camilo Ceballos

475 FDR Drive #L704

NY, NY 10002

(917) 435-7120