```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12-22-17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO SILVERIO HUERTERO-
MORALES,
*on behalf of himself, FLSA Collective
Plaintiffs and the Class,*

                               Plaintiff,

-against-

RAGUBOY CORP. d/b/a SUPPER, et al,

                               Defendant.

17 CV 2429

**STIPULATION OF VOLUNTARY
DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective

counsel(s) that the above-captioned action is voluntarily dismissed against Defendants, with prejudice,

pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any

party.

For Defendants:

By: _____
Gregg L. Brochin, Esq.
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019
Tel.: (212) 468-4950
Fax: (212) 458-4888
gbrochin@dglaw.com

Date: 12/19/17

SO ORDERED

_____
Robert W. Lehrburger, U.S.M.J.

For Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Tel.: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: 12-22-17

12-22-2017
Date